■  In the Matter of the Arbitration between BOARD OF EDUCATION-UNION FREE SCHOOL DISTRICT NO. 12, BRENTWOOD, TOWN OF ISLIP, Appellant, and BRENTWOOD TEACHERS ASSOCIATION, Respondent.— Order of the Supreme Court, Suffolk County, entered February 28, 1973, affirmed, with $20 costs and disbursements. (Cf. *Matter of Weinrott [Carp]*, 32 N Y 2d 190.) Munder, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.